NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LORENA MORA, G.G.M., a Minor, by and Through her Guardian Ad Litem,**
*Petitioners-Appellants*

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellee*

---

2015-5139

---

Appeal from the United States Court of Federal Claims in No. 1:13-vv-00421-EDK, Judge Elaine Kaplan.

---

**ON MOTION**

---

Before PROST, *Chief Judge.*

### O R D E R

Appellants move without opposition to take judicial notice of eight pleadings and orders filed in a pending, related district court case, *G.M. v. Sanofi Pasteur, Inc.*, No. 2:14-cv-9549.

"'The most frequent use of judicial notice of ascertainable facts is in noticing the content of court records.'" *Genentech, Inc. v. U.S. Int'l Trade Comm'n*, 122 F.3d 1409, 1417 n.7 (Fed. Cir. 1997) (citation omitted). The relevance of such materials, however, is left to the merits panel.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) A copy of this order and the motion papers with attached exhibits shall be transmitted to the merits panel assigned to hear the case.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25